IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

DUBLIN DIVISION

| | | |
|---|---|---|
| ROBERT NORMAN DOYLE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CV 308-072 |
| | ) | |
| RALPH KEMP, Warden; ROBERT | ) | |
| ROZER, Warden of Care and Treatment; | ) | |
| PAT CLARK, Medical Director, H.S.A.; | ) | |
| CORRECTION CORPORATION OF | ) | |
| AMERICA; JOHN DOES, Medical | ) | |
| Contractors; STANLEY BISHOP, Nurse | ) | |
| Manager, H.S.A.; and CALIB AJIBADE, | ) | |
| Medical Director, | ) | |
| | ) | |
| Defendants. | ) | |

**ORDER**

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation, to which no objections have been filed. Accordingly, the Report and Recommendation of the Magistrate Judge is **ADOPTED** as the opinion of the Court. Therefore, the claims arising at Scot State Prison ("SSP") against Defendants Stanley Bishop, Calib Ajibade, and John Does - Medical Contractors for SSP, are **DISMISSED** without prejudice so Plaintiff can, if he chooses, pursue these claims in the Middle District. Furthermore, Defendants Kemp, Rozer, John Does- Medical Contractors for Wheeler

Correctional Facility, and the Correction Corporation of America are **DISMISSED** from the case.

SO ORDERED this 3rd day of February, 2009, at Augusta, Georgia.

_____
UNITED STATES DISTRICT JUDGE