IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

DUBLIN DIVISION

| | |
|---|---|
| ROBERT NORMAN DOYLE, | ) |
| Plaintiff, | ) |
| v. | ) CV 308-072 |
| PAT CLARK, Medical Director, H.S.A., | ) |
| Defendant. | ) |

**ORDER**

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation, to which objections have been filed. Accordingly, the Report and Recommendation of the Magistrate Judge is **ADOPTED** as the opinion of the Court. Therefore, Defendant's motion for summary judgment (doc. no. 16) is **GRANTED**, judgment shall be **ENTERED** in favor of Defendant, and this civil action is **CLOSED**.

SO ORDERED this ___ day of _Dec._, 2009, at Augusta, Georgia.

UNITED STATES DISTRICT JUDGE